**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

Re:  Lynn P Fernbaugh
     Dawn E Fernbaugh

Case No.: 1-18-03648HWV

Chapter 13

**Debtor(s)**

**NOTICE OF FINAL CURE PAYMENT**

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition and post-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

**PART 1: MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | PennyMac |
| Court Claim Number: | 02 |
| Last Four of Loan Number: | 8623 |
| Property Address if applicable: | 6 Woodland Dr |

**PART 2: CURE AMOUNT**

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $70,501.17 |
| b. | Prepetition arrearages paid by the trustee: | $70,501.17 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $15,913.99 |
| f. | Postpetition arrearage paid by the trustee: | $15,913.99 |
| g. | Total b, d, and f: | $86,431.16 |

**PART 3: POSTPETITION MORTGAGE PAYMENT**

| | |
|---|---|
| Mortgage was paid through the Trustee from February 2019 through September 2023. | |
| Current monthly mortgage payment: | $1,706.89 |
| The next post-petition payment was due on: | October 2023 |

**PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating

whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.


Dated:  November 21, 2023                    Respectfully submitted,


                                             /s/ Jack N. Zaharopoulos
                                             Standing Chapter 13 Trustee
                                             Suite A, 8125 Adams Drive
                                             Hummelstown, PA  17036
                                             Phone:  (717) 566-6097
                                             Fax:  (717) 566-8313
                                             email:  info@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

Re:   Lynn P Fernbaugh
      Dawn E Fernbaugh

                                          Case No.: 1-18-03648HWV

                                          Chapter 13
              **Debtor(s)**

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on November 21, 2023, I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
John Hyams, Esquire
2023 N 2nd St
Suite 203
Harrisburg PA 17102

**Served by First Class Mail**
PennyMac Loan Servicing, Inc
6101 Condor Dr
Suite 200
Moorpark CA 93021
Lynn P Fernbaugh
Dawn E Fernbaugh
6 East Woodland Dr
Mechanicsburg PA 17055

I certify under penalty of perjury that the foregoing is true and correct.

Date:  November 21, 2023                /s/  Liz Joyce
                                       Office of the Standing Chapter 13 Trustee
                                       Jack N. Zaharopoulos
                                       Suite A, 8125 Adams Dr.
                                       Hummelstown, PA  17036
                                       Phone:  (717) 566-6097
                                       email: info@pamd13trustee.com

# Disbursements for Claim

**Case:** 18-03648    **LYNN P. FERNBAUGH**

**PENNYMAC LOAN SERVICES, LLC**
PO BOX 660929

DALLAS, TX  75266-0929

Acct No: 8623

Sequence: 07
Modify:
Filed Date:
Hold Code:

| | | | Debt: | $82,391.38 | Interest Paid: | $0.00 |
|---|---|---|---|---|---|---|
| Amt Sched: | | $0.00 | | | Accrued Int: | $0.00 |
| Amt Due: | $1,657.31 | | Paid: | $82,391.38 | Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total DisbDescrp | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 5010 | **PENNYMAC LOAN SERVICES, LLC** | | | | | | | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 09/19/2023 | 2028974 | $1,657.31 | $0.00 | $1,657.31 | 09/28/2023 |
| | | | | | | | Payment for 9/2023 | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 08/09/2023 | 2027952 | $1,657.31 | $0.00 | $1,657.31 | 08/24/2023 |
| | | | | | | | Payment for 8/2023 | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 07/11/2023 | 2026968 | $1,657.31 | $0.00 | $1,657.31 | 07/24/2023 |
| | | | | | | | Payment for 7/2023 | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 06/13/2023 | 2026048 | $1,657.31 | $0.00 | $1,657.31 | 06/26/2023 |
| | | | | | | | Payment for 6/2023 | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 05/16/2023 | 2025111 | $1,657.31 | $0.00 | $1,657.31 | 05/26/2023 |
| | | | | | | | Payment for 5/2023 | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 04/18/2023 | 2024100 | $1,657.31 | $0.00 | $1,657.31 | 04/28/2023 |
| | | | | | | | Payment for 4/2023 | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 03/15/2023 | 2023073 | $1,657.31 | $0.00 | $1,657.31 | 03/28/2023 |
| | | | | | | | Payment for 3/2023 | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 02/15/2023 | 2022068 | $1,657.31 | $0.00 | $1,657.31 | 02/23/2023 |
| | | | | | | | Payment for 2/2023 | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 01/18/2023 | 2021067 | $1,657.31 | $0.00 | $1,657.31 | 02/01/2023 |
| | | | | | | | Payment for 1/2023 | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 12/13/2022 | 2020071 | $1,657.31 | $0.00 | $1,657.31 | 12/27/2022 |
| | | | | | | | Payment for 12/2022 | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 11/16/2022 | 2019117 | $1,657.31 | $0.00 | $1,657.31 | 12/19/2022 |
| | | | | | | | Payment for 11/2022 | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 10/18/2022 | 2018081 | $1,611.77 | $0.00 | $1,611.77 | 11/03/2022 |
| | | | | | | | Payment for 10/2022 | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 09/13/2022 | 2017014 | $1,611.77 | $0.00 | $1,611.77 | 09/26/2022 |
| | | | | | | | Payment for 9/2022 | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 08/17/2022 | 2016005 | $1,611.77 | $0.00 | $1,611.77 | 08/26/2022 |
| | | | | | | | Payment for 8/2022 | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|-------|------|------|------|---------|-----------|----------|-------|------------|
| | | | | | | | DisbDescrp | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 07/13/2022 | 2014933 | $1,611.77 | $0.00 | $1,611.77 | 07/26/2022 |
| | | | | | Payment for 7/2022 | | | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 06/14/2022 | 2013966 | $1,611.77 | $0.00 | $1,611.77 | 06/30/2022 |
| | | | | | Payment for 6/2022 | | | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 05/17/2022 | 2012935 | $1,611.77 | $0.00 | $1,611.77 | 05/25/2022 |
| | | | | | Payment for 5/2022 | | | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 04/12/2022 | 2011854 | $1,611.77 | $0.00 | $1,611.77 | 04/21/2022 |
| | | | | | Payment for 4/2022 | | | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 03/16/2022 | 2010838 | $1,611.77 | $0.00 | $1,611.77 | 03/23/2022 |
| | | | | | Payment for 3/2022 | | | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 02/16/2022 | 2009850 | $1,611.77 | $0.00 | $1,611.77 | 03/02/2022 |
| | | | | | Payment for 2/2022 | | | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 01/19/2022 | 2008880 | $1,611.77 | $0.00 | $1,611.77 | 01/27/2022 |
| | | | | | Payment for 1/2022 | | | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 12/15/2021 | 2007864 | $1,611.77 | $0.00 | $1,611.77 | 12/24/2021 |
| | | | | | Payment for 12/2021 | | | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 11/16/2021 | 2006840 | $1,611.77 | $0.00 | $1,611.77 | 12/01/2021 |
| | | | | | Payment for 11/2021 | | | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 10/14/2021 | 2005811 | $1,603.25 | $0.00 | $1,603.25 | 10/25/2021 |
| | | | | | Payment for 10/2021 | | | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 09/14/2021 | 2004765 | $1,603.25 | $0.00 | $1,603.25 | 09/30/2021 |
| | | | | | Payment for 9/2021 | | | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 08/18/2021 | 2003763 | $1,603.25 | $0.00 | $1,603.25 | 08/30/2021 |
| | | | | | Payment for 8/2021 | | | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 07/14/2021 | 2002692 | $1,603.25 | $0.00 | $1,603.25 | 07/29/2021 |
| | | | | | Payment for 7/2021 | | | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 06/16/2021 | 2001717 | $1,603.25 | $0.00 | $1,603.25 | 06/30/2021 |
| | | | | | Payment for 6/2021 | | | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 05/18/2021 | 2000713 | $1,603.25 | $0.00 | $1,603.25 | 06/08/2021 |
| | | | | | Payment for 5/2021 | | | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 04/15/2021 | 1229331 | $1,603.25 | $0.00 | $1,603.25 | 04/27/2021 |
| | | | | | Payment for 4/2021 | | | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 03/17/2021 | 1228321 | $1,603.25 | $0.00 | $1,603.25 | 04/01/2021 |
| | | | | | Payment for 3/2021 | | | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 02/17/2021 | 1227306 | $1,603.25 | $0.00 | $1,603.25 | 03/03/2021 |
| | | | | | Payment for 2/2021 | | | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 01/19/2021 | 1226288 | $1,603.25 | $0.00 | $1,603.25 | 02/04/2021 |
| | | | | | Payment for 1/2021 | | | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 12/10/2020 | 1224504 | $1,603.25 | $0.00 | $1,603.25 | 12/24/2020 |
| | | | | | Payment for 12/2020 | | | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|-------|------|------|------|---------|-----------|----------|-------|------------|
| | | | | | | DisbDescrp | | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 11/03/2020 | 1223539 | $1,603.25 | $0.00 | $1,603.25 | 11/20/2020 |
| | | | | | Payment for 11/2020 | | | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 10/15/2020 | 1222731 | $1,602.73 | $0.00 | $1,602.73 | 10/26/2020 |
| | | | | | Payment for 10/2020 | | | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 09/17/2020 | 1221735 | $1,602.73 | $0.00 | $1,602.73 | 09/30/2020 |
| | | | | | Payment for 9/2020 | | | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 08/12/2020 | 1220675 | $1,602.73 | $0.00 | $1,602.73 | 08/31/2020 |
| | | | | | Payment for 8/2020 | | | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 07/07/2020 | 1219629 | $1,602.73 | $0.00 | $1,602.73 | 07/28/2020 |
| | | | | | Payment for 7/2020 | | | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 06/02/2020 | 1218602 | $1,602.73 | $0.00 | $1,602.73 | 06/12/2020 |
| | | | | | Payment for 6/2020 | | | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 05/06/2020 | 1217628 | $1,602.73 | $0.00 | $1,602.73 | 05/19/2020 |
| | | | | | Payment for 5/2020 | | | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 04/14/2020 | 1216610 | $1,602.73 | $0.00 | $1,602.73 | 04/29/2020 |
| | | | | | Payment for 3/2020 | | | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 04/14/2020 | 1216610 | $1,602.73 | $0.00 | $1,602.73 | 04/29/2020 |
| | | | | | Payment for 4/2020 | | | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 03/12/2020 | 1215332 | $1,602.73 | $0.00 | $1,602.73 | 04/01/2020 |
| | | | | | Payment for 2/2020 | | | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 12/12/2019 | 1211303 | $1,602.73 | $0.00 | $1,602.73 | 12/26/2019 |
| | | | | | Payment for 12/2019 | | | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 11/07/2019 | 1209935 | $1,602.73 | $0.00 | $1,602.73 | 11/26/2019 |
| | | | | | Payment for 11/2019 | | | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 10/10/2019 | 1208788 | $1,590.14 | $0.00 | $1,590.14 | 11/04/2019 |
| | | | | | Payment for 10/2019 | | | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 09/26/2019 | 1207667 | $1,590.14 | $0.00 | $1,590.14 | 10/29/2019 |
| | | | | | Payment for 9/2019 | | | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 04/11/2019 | 1200797 | $1,590.14 | $0.00 | $1,590.14 | 04/23/2019 |
| | | | | | Payment for 4/2019 | | | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 03/12/2019 | 1199427 | $1,590.14 | $0.00 | $1,590.14 | 03/20/2019 |
| | | | | | Payment for 2/2019 | | | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 03/12/2019 | 1199427 | $1,590.14 | $0.00 | $1,590.14 | 03/20/2019 |
| | | | | | Payment for 3/2019 | | | |

Sub-totals: $82,391.38   $0.00   $82,391.38

Grand Total: $82,391.38   $0.00

# Disbursements for Claim

**Case: 18-03648**      **LYNN P. FERNBAUGH**

**PENNYMAC LOAN SERVICES, LLC**

P.O. BOX 660929
DALLAS, TX  75266-0929

Acct No: 8623/POST ARREARS/6 E WO

10TH PYMT ADDED 3RD AP

Sequence: 24
Modify:
Filed Date:  10/26/2018  12:00:00AM
Hold Code:

| | | Debt: | $15,913.99 | Interest Paid: | $0.00 |
|---|---|---|---|---|---|
| Amt Sched: | $0.00 | | | Accrued Int: | $0.00 |
| Amt Due: | $0.00 | Paid: | $15,913.99 | Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DisbDescrp | | |
| **5210** | **PENNYMAC LOAN SERVICES, LLC** | | | | | | | |
| 521-0 | PENNYMAC LOAN SERVICES, LLC | | 10/18/2023 | 2029954 | $733.17 | $0.00 | $733.17 | 10/27/2023 |
| 521-0 | PENNYMAC LOAN SERVICES, LLC | | 09/19/2023 | 2028976 | $845.18 | $0.00 | $845.18 | 09/28/2023 |
| 521-0 | PENNYMAC LOAN SERVICES, LLC | | 08/09/2023 | 2027954 | $461.71 | $0.00 | $461.71 | 08/24/2023 |
| 521-0 | PENNYMAC LOAN SERVICES, LLC | | 07/11/2023 | 2026969 | $461.71 | $0.00 | $461.71 | 07/25/2023 |
| 521-0 | PENNYMAC LOAN SERVICES, LLC | | 06/13/2023 | 2026050 | $431.61 | $0.00 | $431.61 | 06/26/2023 |
| 521-0 | PENNYMAC LOAN SERVICES, LLC | | 05/16/2023 | 2025113 | $431.61 | $0.00 | $431.61 | 05/30/2023 |
| 521-0 | PENNYMAC LOAN SERVICES, LLC | | 04/18/2023 | 2024102 | $431.61 | $0.00 | $431.61 | 04/28/2023 |
| 521-0 | PENNYMAC LOAN SERVICES, LLC | | 03/15/2023 | 2023075 | $800.01 | $0.00 | $800.01 | 03/29/2023 |
| 521-0 | PENNYMAC LOAN SERVICES, LLC | | 02/15/2023 | 2022070 | $431.61 | $0.00 | $431.61 | 02/24/2023 |
| 521-0 | PENNYMAC LOAN SERVICES, LLC | | 01/18/2023 | 2021069 | $431.61 | $0.00 | $431.61 | 02/01/2023 |
| 521-0 | PENNYMAC LOAN SERVICES, LLC | | 12/13/2022 | 2020073 | $427.64 | $0.00 | $427.64 | 12/27/2022 |
| 521-0 | PENNYMAC LOAN SERVICES, LLC | | 11/16/2022 | 2019119 | $423.69 | $0.00 | $423.69 | 12/19/2022 |
| 521-0 | PENNYMAC LOAN SERVICES, LLC | | 10/18/2022 | 2018083 | $856.48 | $0.00 | $856.48 | 11/03/2022 |
| 521-0 | PENNYMAC LOAN SERVICES, LLC | | 09/13/2022 | 2017015 | $87.61 | $0.00 | $87.61 | 09/26/2022 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|-------|------|------|------|---------|-----------|----------|-------|------------|
| 521-0 | PENNYMAC LOAN SERVICES, LLC | | 08/17/2022 | 2016007 | $856.48 | $0.00 | $856.48 | 08/29/2022 |
| 521-0 | PENNYMAC LOAN SERVICES, LLC | | 07/13/2022 | 2014935 | $418.75 | $0.00 | $418.75 | 07/26/2022 |
| 521-0 | PENNYMAC LOAN SERVICES, LLC | | 06/14/2022 | 2013968 | $418.75 | $0.00 | $418.75 | 06/30/2022 |
| 521-0 | PENNYMAC LOAN SERVICES, LLC | | 05/17/2022 | 2012937 | $776.53 | $0.00 | $776.53 | 05/25/2022 |
| 521-0 | PENNYMAC LOAN SERVICES, LLC | | 04/12/2022 | 2011856 | $418.75 | $0.00 | $418.75 | 04/22/2022 |
| 521-0 | PENNYMAC LOAN SERVICES, LLC | | 03/16/2022 | 2010840 | $418.75 | $0.00 | $418.75 | 03/23/2022 |
| 521-0 | PENNYMAC LOAN SERVICES, LLC | | 02/16/2022 | 2009852 | $418.75 | $0.00 | $418.75 | 03/02/2022 |
| 521-0 | PENNYMAC LOAN SERVICES, LLC | | 01/19/2022 | 2008882 | $418.75 | $0.00 | $418.75 | 01/27/2022 |
| 521-0 | PENNYMAC LOAN SERVICES, LLC | | 12/15/2021 | 2007866 | $418.76 | $0.00 | $418.76 | 12/24/2021 |
| 521-0 | PENNYMAC LOAN SERVICES, LLC | | 11/16/2021 | 2006842 | $776.53 | $0.00 | $776.53 | 12/01/2021 |
| 521-0 | PENNYMAC LOAN SERVICES, LLC | | 10/14/2021 | 2005813 | $441.48 | $0.00 | $441.48 | 10/26/2021 |
| 521-0 | PENNYMAC LOAN SERVICES, LLC | | 09/14/2021 | 2004767 | $441.47 | $0.00 | $441.47 | 09/30/2021 |
| 521-0 | PENNYMAC LOAN SERVICES, LLC | | 08/18/2021 | 2003765 | $441.48 | $0.00 | $441.48 | 08/30/2021 |
| 521-0 | PENNYMAC LOAN SERVICES, LLC | | 07/14/2021 | 2002694 | $441.48 | $0.00 | $441.48 | 07/29/2021 |
| 521-0 | PENNYMAC LOAN SERVICES, LLC | | 06/16/2021 | 2001719 | $441.48 | $0.00 | $441.48 | 07/02/2021 |
| 521-0 | PENNYMAC LOAN SERVICES, LLC | | 05/18/2021 | 2000715 | $417.96 | $0.00 | $417.96 | 06/15/2021 |
| 521-0 | PENNYMAC LOAN SERVICES, LLC | | 04/15/2021 | 1229333 | $417.97 | $0.00 | $417.97 | 04/27/2021 |
| 521-0 | PENNYMAC LOAN SERVICES, LLC | | 03/17/2021 | 1228323 | $274.62 | $0.00 | $274.62 | 04/09/2021 |

**Sub-totals: $15,913.99** $0.00 **$15,913.99**

**Grand Total: $15,913.99** $0.00

# Disbursements for Claim

**PENNYMAC LOAN SERVICES, LLC**

Sequence: 24
Modify:
Filed Date: 10/26/2018 12:00:00AM
Hold Code:

P.O. BOX 660929
DALLAS, TX  75266-0929

Acct No: 8623/PRE ARREARS/6 E WOO

03/20 AMENDED

|   | | | | Debt: | $70,501.17 | Interest Paid: | $0.00 |
|---|---|---|---|---|---|---|---|
| Amt Sched: | | $0.00 | | | | Accrued Int: | $0.00 |
| Amt Due: | $0.00 | | | Paid: | $70,501.17 | Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total DisbDescrp | Reconciled |
|---|---|---|---|---|---|---|---|---|
| **5200** | **PENNYMAC LOAN SERVICES, LLC** | | | | | | | |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 10/18/2023 | 2029954 | $3,248.06 | $0.00 | $3,248.06 | 10/27/2023 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 09/19/2023 | 2028976 | $3,744.23 | $0.00 | $3,744.23 | 09/28/2023 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 08/09/2023 | 2027954 | $2,045.46 | $0.00 | $2,045.46 | 08/24/2023 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 07/11/2023 | 2026969 | $2,045.46 | $0.00 | $2,045.46 | 07/25/2023 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 06/13/2023 | 2026050 | $1,912.08 | $0.00 | $1,912.08 | 06/26/2023 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 05/16/2023 | 2025113 | $1,912.08 | $0.00 | $1,912.08 | 05/30/2023 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 04/18/2023 | 2024102 | $1,912.08 | $0.00 | $1,912.08 | 04/28/2023 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 03/15/2023 | 2023075 | $3,544.18 | $0.00 | $3,544.18 | 03/29/2023 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 02/15/2023 | 2022070 | $1,912.08 | $0.00 | $1,912.08 | 02/24/2023 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 01/18/2023 | 2021069 | $1,912.08 | $0.00 | $1,912.08 | 02/01/2023 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 12/13/2022 | 2020073 | $1,894.54 | $0.00 | $1,894.54 | 12/27/2022 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 11/16/2022 | 2019119 | $1,876.98 | $0.00 | $1,876.98 | 12/19/2022 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 10/18/2022 | 2018083 | $3,794.31 | $0.00 | $3,794.31 | 11/03/2022 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 09/13/2022 | 2017015 | $388.14 | $0.00 | $388.14 | 09/26/2022 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|-------|------|------|------|---------|-----------|----------|-------|-----------|
| | | | | | | DisbDescrp | | |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 08/17/2022 | 2016007 | $3,794.31 | $0.00 | $3,794.31 | 08/29/2022 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 07/13/2022 | 2014935 | $1,855.12 | $0.00 | $1,855.12 | 07/26/2022 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 06/14/2022 | 2013968 | $1,855.12 | $0.00 | $1,855.12 | 06/30/2022 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 05/17/2022 | 2012937 | $3,440.16 | $0.00 | $3,440.16 | 05/25/2022 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 04/12/2022 | 2011856 | $1,855.12 | $0.00 | $1,855.12 | 04/22/2022 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 03/16/2022 | 2010840 | $1,855.12 | $0.00 | $1,855.12 | 03/23/2022 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 02/16/2022 | 2009852 | $1,855.12 | $0.00 | $1,855.12 | 03/02/2022 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 01/19/2022 | 2008882 | $1,855.12 | $0.00 | $1,855.12 | 01/27/2022 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 12/15/2021 | 2007866 | $1,855.11 | $0.00 | $1,855.11 | 12/24/2021 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 11/16/2021 | 2006842 | $3,440.16 | $0.00 | $3,440.16 | 12/01/2021 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 10/14/2021 | 2005813 | $1,955.82 | $0.00 | $1,955.82 | 10/26/2021 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 09/14/2021 | 2004767 | $1,955.81 | $0.00 | $1,955.81 | 09/30/2021 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 08/18/2021 | 2003765 | $1,955.81 | $0.00 | $1,955.81 | 08/30/2021 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 07/14/2021 | 2002694 | $1,955.81 | $0.00 | $1,955.81 | 07/29/2021 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 06/16/2021 | 2001719 | $1,955.81 | $0.00 | $1,955.81 | 07/02/2021 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 05/18/2021 | 2000715 | $1,851.65 | $0.00 | $1,851.65 | 06/15/2021 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 04/15/2021 | 1229333 | $1,851.64 | $0.00 | $1,851.64 | 04/27/2021 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 03/17/2021 | 1228323 | $1,216.60 | $0.00 | $1,216.60 | 04/09/2021 |

|  |  |  | **Sub-totals: $70,501.17** | **$0.00** | **$70,501.17** |
|  |  |  | **Grand Total: $70,501.17** | **$0.00** | |