| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Lynn P. Fernbaugh |
| Debtor 2 (Spouse, if filing) | Dawn E. Fernbaugh |
| United States Bankruptcy Court for the | Middle District of Pennsylvania |
| Case number | 18-03648 HWV |

Official Form 410S1

# Notice of Mortgage Payment Change

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** PENNYMAC LOAN SERVICES, LLC  **Court claim no.** (if known): 2-2

**Last 4 digits** of any number you use to identify the debtor's account: 8623

**Date of payment change:** Must be at least 21 days after date of this notice  11/01/2021

**New total payment:** $ 1,611.77
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   **Current escrow payment:** $ 367.05      **New escrow payment:** $ 375.57

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %      New interest rate: _____ %
   Current principal and interest payment: _____      New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No.
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or a loan modification agreement. (*Court approval may be required before the payment change can take effect*.)

   Reason for change: _____
   **Current mortgage payment:** $ _____      New mortgage payment: $ _____

page 1
Official Form 410S1         Notice of Mortgage Payment Change

| Debtor 1 | Lynn | P. | Fernbaugh | Case number (if known) | 18-03648 HWV |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ **/s/ Harry B. Reese**
Signature

Date 10/04/2021

Print: Jill Manuel-Coughlin, Esq. / Harry B. Reese, Esq./ Sarah K. McCaffery, Esq.
First Name   Middle Name   Last Name

Title: Attorney

Company: Powers Kirn, LLC

Address: 8 Neshmainy Interplex, Suite 215
Number   Street

Trevose, PA   19053
City   State   ZIP Code

Contact phone: 215-942-2090

Email: bankruptcy@powerskirn.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Lynn P. Fernbaugh<br>Dawn E. Fernbaugh<br><br>Debtor(s) | Case No.: 18-03648 HWV |
| PENNYMAC LOAN SERVICES, LLC<br><br>Movant<br>v.<br>Lynn P. Fernbaugh<br>Dawn E. Fernbaugh<br><br>Respondent | |

## CERTIFICATION OF SERVICE
## OF NOTICE OF MORTGAGE PAYMENT CHANGE

I hereby certify under penalty of perjury that I served the above captioned parties at the address specified below or on the attached list on October 4, 2021.

The type of service made on the parties (first-class mail, electronic notification, hand delivery or another type of service) was service by electronic notification and first-class U.S. Mail.

Parties served via Electronic Notification:

| | |
|---|---|
| Jack N. Zaharopoulos<br>8125 Adams Drive, Suite A<br>Hummelstown PA  17036<br>dcook@pamd13trustee.com<br>Trustee | John Matthew Hyams, Esquire<br>2023 N. 2nd Street<br>Harrisburg, PA  17102<br>jmh@johnhyamslaw.com<br>Attorney for Debtor/Debtors |

Parties served via First-Class Mail:

| | |
|---|---|
| Lynn P. Fernbaugh<br>6 East Woodland Drive<br>Mechanicsburg PA  17055<br>Debtor | Dawn E. Fernbaugh<br>6 East Woodland Drive<br>Mechanicsburg, PA 17055<br>Debtor |

| | |
|---|---|
| Dated:  October 4, 2021 | **/s/ Harry B. Reese**<br>POWERS KIRN, LLC<br>Jill Manuel-Coughlin, Esq.; Atty ID #63252<br>Harry B. Reese, Esq.; Atty ID #310501<br>Sarah K. McCaffery, Esq.; Atty ID #311728<br>8 Neshaminy Interplex, Suite 215<br>Trevose, PA  19053<br>Phone: 215-942-2090; Fax 215-942-8661<br>Email: bankruptcy@powerskirn.com<br>Attorneys for Creditor/Movant |