| Fill in this information to identify the Fill in this information to identify the case: |
|---|
| Debtor 1   Lynn P. Fernbaugh |
| Debtor 2   Dawn E. Fernbaugh |
| Debtor 2 |
| United States Bankruptcy Court for the MIDDLE District of Pennsylvania |
| Case number   18-03648 HWV |

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** PENNYMAC LOAN SERVICES, LLC

**Court claim no.** (if known): 2-2

**Last 4 digits** of any number you use to identify the debtor's account: 8623

**Date of payment change:**
Must be at least 21 days after date of this notice      11/01/2022

**New total payment:**      $1657.31
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $375.57      New escrow payment: $421.11

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %      New interest rate: _____ %

   Current principal and interest payment: $_____      New principal and interest payment: $_____

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $_____      New mortgage payment: $_____

Official Form 410S1      **Notice of Mortgage Payment Change**      page 1

| Debtor(s) | Lynn P. Fernbaugh, Dawn E. Fernbaugh | | Case number (*if known*) 18-03648 HWV |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ *Denise Carlon*                                      Date   09/20/2022
   Signature
Print: Denise Carlon
       20 Sep 2022, 15:46:49, EDT

Title   Attorney for Creditor

Company   KML Law Group, P.C.

Address   701           Market Street, Suite 5000
          Number        Street
          Philadelphia,              PA    19106
          City                       State  ZIP Code

Contact phone  (215) 627–1322          Email  bkgroup@kmllawgroup.com

Official Form 410S1                    **Notice of Mortgage Payment Change**                    page 2

Case 1:18-bk-03648-HWV    Doc    Filed 10/03/22    Entered 10/03/22 10:54:01    Desc
Document ID: 85cd57aeb1a0263858eeb1d0705493c730ff5cb45d4664abda798104b7499287
                         Main Document      Page 2 of 2