## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Dawn E. Fernbaugh
Lynn P. Fernbaugh

                **Debtor(s)**

PENNYMAC LOAN SERVICES, LLC
                **Movant**

      **vs.**

Dawn E. Fernbaugh
Lynn P. Fernbaugh

                **Debtor(s)**

Jack N. Zaharopoulos,

                **Trustee**

**BK NO. 18-03648 HWV**

**Chapter 13**

**Related to Claim No. 2-2**

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Denise Carlon of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>October 3, 2022</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
Dawn E. Fernbaugh
6 East Woodland Drive
Mechanicsburg, PA 17055

Lynn P. Fernbaugh
6 East Woodland Drive
Mechanicsburg, PA 17055

<u>Attorney for Debtor(s)</u>
John Matthew Hyams, Law Offices of John M. Hyams
2023 N 2nd Street
Harrisburg, PA 17102

<u>Trustee</u>
Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Method of Service: electronic means or first class mail

Dated: <u>October 3, 2022</u>

                **/s/Denise Carlon Esquire**
                Denise Carlon Esquire
                Attorney I.D. 317226
                KML Law Group, P.C.
                BNY Mellon Independence Center
                701 Market Street, Suite 5000
                Philadelphia, PA 19106
                201-549-2363
                dcarlon@kmllawgroup.com